# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION
# CASE NUMBER:

| | |
|---|---|
| Levern Edwards,<br>　　　　　　　　　　Plaintiff,<br>v.<br><br>Progressive Northern Insurance Company,<br>　　　　　　　　　　Defendant. | 3:22-cv-01020-MGL<br><br>**NOTICE OF REMOVAL** |

**TO:	THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, COLUMBIA DIVISION:**

　　　　The Defendant, Progressive Northern Insurance Company ("Progressive Northern"), would respectfully show in support of its Notice of Removal that:

　　　　1.　　This action was commenced on or about February 28, 2022 in a Court of Common Pleas for Kershaw County, South Carolina. A copy of the Plaintiff's Summons and Complaint are attached, there being no other pleadings or orders served upon the Defendant in this action.

　　　　2.　　This action is one of a civil nature over which the District Courts of the United States have original jurisdiction, said action having been brought by the Plaintiff against the Defendant seeking to determine whether liability coverage applies to a vehicle owned by Third-Party Defendant Larry W. Mason that was being operated by Third-Party Defendant Christopher James Mason when he was involved in an accident with Plaintiff, Levern Edwards, on or about March 26, 2019.

　　　　3.　　The amount in controversy exceeds Seventy-five Thousand and No/100 ($75,000.00) Dollars, exclusive of interest and costs, as more fully demonstrated by the Complaint. The Progressive Northern policy at issue includes liability coverage limits of $100,000 each person for bodily injury and $100,000 each accident for property damage. There is complete diversity of

citizenship and, therefore, this Court has jurisdiction in accordance with Title 28 U.S.C. §1332(a)(1).

4. Venue in this matter is proper in the Columbia Division in this Court in accordance with Title 28 U.S.C. §1441(a).

5. Upon information and belief, at the time of the commencement of this action, the Plaintiff was a citizen and resident of the State of South Carolina. The Defendant, Progressive Northern, is an insurance company organized and existing under the laws of the State of Wisconsin with its principal place of business in the State of Ohio, by reason of which there is a diversity of citizenship between the Plaintiff and the Defendant.

6. The Defendant, Progressive Northern, has filed no pleadings in this action with the Court of Common Pleas for the State of South Carolina; however, the Defendant's Answer is filed contemporaneously herewith.

7. The Defendant has furnished to the Clerk of Court for Kershaw County a copy of this Notice of Removal.

MURPHY & GRANTLAND, P.A.

s/J.R. Murphy
J.R. Murphy, Esquire (Fed. I.D. No. 3119)
PO Box 6648
Columbia, South Carolina  29260
(803) 782-4100
Attorneys for the Defendant

Columbia, South Carolina
March 29, 2022